IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRENDA ROGERS o/b/o
JIMMY R. ROGERS, deceased                                              PLAINTIFF

Civil No. 01-6082

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                DEFENDANT

## JUDGMENT

On this the 5th day of October, 2005, the Court has before it for consideration, plaintiff's request for attorney's fees for Ms. Shannon Muse Carroll, pursuant to *42 U.S.C. § 406(b)*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court approves an award of $1,725.00 in attorney's fees pursuant to *42 U.S.C. § 406(b)*.

IT IS SO ORDERED.

/s/Bobby E. Shepherd
Honorable Bobby E. Shepherd
United States Magistrate Judge

AO72A
(Rev. 8/82)